UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

CHANTAL HARTFIELD, ET AL.

    Plaintiffs

    v.                                                        Case No. 1:23-CV-409-CCB-ALT

LANDMARK RECOVERY OF
CARMEL, LLC,

    Defendant.

## **ORDER**

This matter is before the Court following Magistrate Judge Andrew Teel's report and recommendation (ECF 133). Judge Teel recommended that the court dismiss the claims of Plaintiffs Brandon Delong and Lisa Garrett with prejudice pursuant to Federal Rule of Civil Procedure 16(f)(1) and 41(b) and the Court's inherent power to manage its own affairs as a result of their failure to attend a show-cause hearing on April 1, 2026 (ECF 130, 131) and comply with the Court's Discovery Orders (ECF 86, 99, 115).

With no objection to the well-reasoned report and recommendation, the Court **ADOPTS** the report in its entirety and incorporates Magistrate Judge Andrew Teel's recommendations into this order. (ECF 133). The Court **DISMISSES WITH PREJUDICE** the claims of Plaintiffs **Brandon Delong** and **Lisa Garrett**.

SO ORDERED on April 27, 2026.

                                        */s/Cristal C. Brisco*
                                        CRISTAL C. BRISCO, JUDGE
                                        UNITED STATES DISTRICT COURT